Howard Richmiller, Administrator of Estate of Hallie Pearl Richmiller, Deceased, Plaintiff-Appellant, v. Nicholas Reddick, Defendant-Appellee.

Gen. No. 9,859.

James N. Keefe, for appellant; Schmiedeskamp & Jenkins, and Penick & Penick, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.

People of State of Illinois, Defendant in Error, v. Carl Beard, Plaintiff in Error.

Gen. No. 9,813.

 Carl Beard, *pro se*, plaintiff in error; Kenneth E. Evans, State's Attorney of Macon county, Lloyd F. Latendresse, and Roy B. Foster, Assistant State's Attorneys, for defendant in error. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.

## Merle Goldsborough, Plaintiff-Appellee, v. Thurman W. McDavid, Trading as Van Zetti Baking Company and William Eichel, Defendants-Appellants.

Gen. No. 9,870.

Monroe & McGaughey, for appellants; Kenneth E. Evans, and George F. Limerick, for appellee; George F. Limerick, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.